IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WARREN DISTRIBUTION, INC., a  )
Nebraska corporation, d/b/a   )
WARREN DISTRIBUTION,          )
                              )
              Plaintiff,      )              8:05CV99
                              )
         v.                   )
                              )
GREAT NORTHERN INSURANCE      )              ORDER
COMPANY, a Minnesota          )
corporation, FEDERAL          )
INSURANCE COMPANY, an         )
Indiana corporation, and      )
ALLIED OIL & SUPPLY, INC., a  )
Nebraska corporation,         )
                              )
              Defendants.     )
_____)
```

This matter is before the Court on plaintiff's motion to enlarge date for filing opposing brief to motion to dismiss or stay counts 2-4 and 7 of the complaint (Filing No. 17); on defendant Allied Oil & Supply Company, Inc.'s motion for extension of time (Filing No. 21); and on motion for enlargement of time of defendants Great Northern Insurance Company and Federal Insurance Company to respond to United States Fire Insurance Company's motion to intervene (Filing No. 23).  The Court finds said motions should be granted.  Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to enlarge date for filing opposing brief to motion to dismiss or stay is granted; plaintiff shall have until May 20, 2005, to file said brief;

2) Defendant Allied Oil & Supply Company's motion for extension of time is granted; said defendant shall have until May 27, 2005, to file a response to the motion to intervene of United States Fire Insurance Company;

3) Defendants Great Northern Insurance Company's and Federal Insurance Company's motion for enlargement of time is granted; said defendants shall have until May 27, 2005, to file a response to the motion to intervene of United States Fire Insurance Company.

DATED this 11th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court