IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN DISTRIBUTION, INC., a Nebraska corporation, d/b/a WARREN DISTRIBUTION, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV99 |
| v. | ) ) | |
| GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation, FEDERAL INSURANCE COMPANY, an Indiana corporation, and ALLIED OIL & SUPPLY, INC., a Nebraska corporation, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to enlarge date for filing opposing brief to motion to dismiss or stay Counts 2-4 and 7 of the complaint (Filing No. 26). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to enlarge date for filing brief is granted; plaintiff shall have until June 20, 2005, to respond to said motion. n

DATED this 20th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court