IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN DISTRIBUTION, INC., a Nebraska corporation, d/b/a WARREN DISTRIBUTION, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV99 |
| v. | ) ) | |
| GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation, FEDERAL INSURANCE COMPANY, an Indiana corporation, and ALLIED OIL & SUPPLY, INC., a Nebraska corporation, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendant Great Northern Insurance Company's motion for enlargement of time to respond to United States Fire Insurance Company's motion to intervene (Filing No. 30). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion for enlargement of time is granted; defendant Great Northern Insurance Company shall have until June 20, 2005, to respond to said motion.

DATED this 8th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court