IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN DISTRIBUTION, INC., a Nebraska corporation, d/b/a WARREN DISTRIBUTION, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV99 |
| v. | ) ) | |
| GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation, FEDERAL INSURANCE COMPANY, an Indiana corporation, and ALLIED OIL & SUPPLY, INC., a Nebraska corporation, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion of the law firm of Nolan, Olson, Hansen & Lautenbaugh to withdraw as counsel of record for Allied Oil & Supply, Inc. The Court notes other counsel have entered an appearance on behalf of said defendant. Accordingly,

IT IS ORDERED that the motion of the law firm of Nolan, Olson, Hansen & Lautenbaugh to withdraw as counsel of record for Allied Oil & Supply, Inc., is granted.

DATED this 20th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court