IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WARREN DISTRIBUTION, INC., a  )
Nebraska corporation, d/b/a   )
WARREN DISTRIBUTION,          )
                              )
             Plaintiff,       )          8:05CV99
                              )
        v.                    )
                              )
GREAT NORTHERN INSURANCE      )          ORDER
COMPANY, a Minnesota          )
corporation, FEDERAL          )
INSURANCE COMPANY, an         )
Indiana corporation, and      )
ALLIED OIL & SUPPLY, INC., a  )
Nebraska corporation,         )
                              )
             Defendants.      )
_____)
```

This matter is before the Court on plaintiff's motion to enlarge date for filing opposing brief to motion to dismiss or stay Counts 2-4 and 7 of the complaint (Filing No. 38). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to enlarge date for filing brief is granted; plaintiff shall have until August 22, 2005, to respond to said motion.

DATED this 20th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court