IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WARREN DISTRIBUTION, INC., a Nebraska corporation, d/b/a WARREN DISTRIBUTION, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV99 |
| v. | ) ) | |
| GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation, FEDERAL INSURANCE COMPANY, an Indiana corporation, and ALLIED OIL & SUPPLY, INC., a Nebraska corporation, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion of defendants Great Northern Insurance Company and Federal Insurance Company to withdraw their motion to dismiss or stay Counts 2-4 and 7 of the complaint (Filing No. 41 ). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion of defendants Great Northern Insurance Company and Federal Insurance Company to withdraw their motion to dismiss or stay Counts 2-4 and 7 of the complaint is granted; said motion is deemed withdrawn.

DATED this 25th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court