IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WARREN DISTRIBUTION, INC., a    )
Nebraska corporation, d/b/a     )
WARREN DISTRIBUTION,            )
                                )
           Plaintiff,           )        8:05CV99
                                )
      v.                        )
                                )
GREAT NORTHERN INSURANCE        )        ORDER
COMPANY, a Minnesota            )
corporation, FEDERAL            )
INSURANCE COMPANY, an           )
Indiana corporation, and        )
ALLIED OIL & SUPPLY, INC., a    )
Nebraska corporation,           )
                                )
           Defendants.          )
_____)
```

This matter is before the Court on the joint motion of Warren Distribution, Inc., Great Northern Insurance Company, Federal Insurance Company and Allied Oil & Supply, Inc., to dismiss the first, second, fifth and ninth causes of action in Warren Distribution, Inc.'s complaint with prejudice (Filing No. 45). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; the first, second, fifth and ninth causes of action in Warren Distribution, Inc.'s complaint are dismissed with prejudice.

DATED this 13th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court